UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 6/30/14 at 11:00 a.m.==

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:13-00131
) JUDGE TRAUGER
)
MARGARITO ZARATE-AGUILAR )

## MOTION TO CONTINUE SENTENCING HEARING

**NOW COMES** the defendant, Margarito Zarate-Aguilar, who, through undersigned counsel, respectfully requests that this Honorable Court enter an order granting his motion for a continuance of the sentencing hearing which is presently set on Monday, April 28, 2014. The reasons for this motion are set forth as follows: additional time is needed in order to review the presentence report with Mr. Zarate-Aguilar and to prepare for the sentencing hearing. Assistant United States Attorney Lisa Rivera has authorized undersigned to state that she has no opposition to this motion.

**WHEREFORE**, for the reasons stated herein, defendant Margarito Zarate-Aguilar respectfully requests that the sentencing hearing be continued for a period of at least sixty (60) days to a date and time convenient to the Court's calendar.

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org
Attorney for Margarito Zarate-Aguilar

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2014, I electronically filed the foregoing Motion to Continue Sentencing Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Ms. Lisa S. Rivera**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Mariah A. Wooten*
Mariah A. Wooten